IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL R. DUNLEAVY, JAMES J. FERRY, II, JAMES W. GLOEKLER, DENNIS E. EICKER, THOMAS HIGGINS and CHARLES L. FUELLGRAF, III, et al., | Civil Action No. 08-1513 |
| Plaintiffs, | Judge Gary L. Lancaster |
| vs. | |
| ZAVALA, INC., | |
| Defendant. | |

### ORDER OF COURT

AND NOW, to wit, this 3rd day of Jan_____, 2009, it is hereby ORDERED that the above-referenced case is DISCONTINUED.

_____
The Honorable Judge Gary L. Lancaster
United States District Court